UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALICIA HEFFRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0511-DFH-JMS |
| ) | |
| GENERAL MOTORS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff has failed to file a timely response to defendant's motion for summary judgment. Plaintiff has also failed to respond to discovery and failed to preserve the allegedly defective vehicle in which she had her accident while driving the wrong way on Interstate 465. Accordingly, for the reasons stated in the defendant's motion papers, the defendant's motion for summary judgment is hereby granted. Final judgment shall be entered.

So ordered.

Date: November 6, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Richelle Marie Harris
LOCKE REYNOLDS LLP
rharris@locke.com

William Suttle Leach
ELDRIDGE COOPER STEICHEN & LEACH PLLC
general_delivery@ecslok.com

John Michael Lowery
LEE BURNS COSSELL & KUEHN
jlowery@nleelaw.com

Kevin C. Schiferl
LOCKE REYNOLDS LLP
kschiferl@locke.com